**Fill in this information to identify the case:**

United States Bankruptcy Court for the: Nevada

Case number (if known) _____ Chapter 11

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual         12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**  *Check one:*
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**  Shengshi Elevator International Holding Group Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Galem Group, Inc.

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   38-3995730
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | **No.154, Shengbo Industrial Park,** | **InCorp Services, Inc.** |
   | Number    Street | Number    Street |
   | **Yousong Road, Longhua Street,** | **3773 Howard Hughes Pkwy #500S** |
   | | P.O. Box |
   | **Longhua District, ShenZhen, China** | **Las Vegas       NV       89169** |
   | City            State       Zip Code | City            State       Zip Code |
   | | **Location of principal assets, if different from principal place of business** |
   | County | Number    Street |
   | | City            State       Zip Code |

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**  *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

Debtor  **Shengshi Elevator International Holding Group Inc.**   Case number *(if known)*

- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
  MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
  MM / DD / YYYY

### Part 3:  Report About the Case

**10. Venue**  *Check one:*

- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**  Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **DL Acquisitions Inc.** | **Judgment** | $ **53,679.52** |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ **53,679.52** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Debtor | **Shengshi Elevator International Holding Group Inc.** | Case number *(if known)* | |

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**DL Acquisitions Inc.**
Name

**1712 Pioneer Avenue, Suite 115**
Number    Street
**Cheyenne**                              **WY**           **82001**
City                                      State           Zip Code

**Name and mailing address of petitioner's representative, if any**
**David Lazar**
Name

**1712 Pioneer Avenue, Suite 115**
Number    Street
**Cheyenne**                              **WY**           **82001**
City                                      State           Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    08/22/20
                MM / DD / YYYY

*David Lazar*
Signature of petitioner or representative, including representative's title

### Attorneys

**Samuel A. Schwartz**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number    Street
**Las Vegas**                   **NV**           **89101**
City                            State           Zip Code
Contact phone   **(702) 385-5544**    Email   **saschwartz@nvfirm.com**

Bar number    **10985**

State         **Nevada**

**/s/ Samuel A. Schwartz**
Signature of attorney
Date signed    **08/21/2020**
                MM / DD / YYYY

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 3
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com